Núm. 22.—Pueblo, promovente, v. Central Cambalache, dmdada. —Original. ▇▇▇▇▇▇ Diciembre 23, 1941.

Por cuanto, Luis Barrio Barina compareció en estos autos mediante moción jurada radicada en noviembre 18, 1941, solicitando que se dicte una orden exceptuando de la orden de entredicho dictada en este caso el día 7 de septiembre de 1940 una parcela de terreno perteneciente a la demandada Central Cambalache, la cual parcela se describirá en la parte dispositiva de esta resolución, bajo la alegación de que Central Cambalache y el peticionario convinieron anteriormente la compraventa de la misma, no habiendo podido consumar el contrato por impedírselo la referida orden de entredicho de septiembre 7, 1940.

Por cuanto, Central Cambalache y El Pueblo de Puerto Rico, demandada y promovente respectivamente en este caso, han radicado sendos escritos, la primera con fecha noviembre 27 de 1941 y el segundo el día 13 del corriente, allanándose a la solicitud del peticionario.

Por tanto, se declara con lugar la petición de Luis Barrio Barina, quien es mayor de edad, casado, agricultor y vecino de Arecibo, y en su consecuencia se exceptúa por la presente de la orden de entredicho de septiembre 7, 1940, que se convirtió en orden final de *injunction* por resolución de junio 27 de 1941, y al objeto de que Central Cambalache pueda vender sin traba alguna al peticionario por el precio y condiciones que convengan las partes, la siguiente parcela de terreno perteneciente a dicha Central Cambalache, a saber:

"Rústica: Sita en el barrio Santana, de Arecibo, compuesta de ocho cuerdas de terreno, iguales a tres hectáreas, catorce áreas, cuarenta y tres centiáreas.

Linda al Norte, camino público de Arecibo a Manatí; Oeste, Antonio Balseiro y Julián Otero; Sur, Cándido Varela; y al Este, Salvador Alvarez, Inocencio Cruz y Antonio Balseiro.''

Notifíquese y expídase el correspondiente mandamiento.